# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ANTHONY LUJUAN BROWN § § v. § § Case No. 2:18-CV-547-JRG-RSP COMMISSIONER, SOCIAL § SECURITY ADMINISTRATION § | |

## JUDGMENT

Currently before the Court is the Report and Recommendation of the Magistrate Judge (Dkt. No. 15). Neither party having filed any objections, the findings and conclusions of the Magistrate Judge are adopted as those of the Court. Accordingly,

IT IS ORDERED AND ADJUDGED the decision of the Commissioner is affirmed and this action is DISMISSED.

**So ORDERED and SIGNED this 21st day of August, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE